THE STATE, EX REL. COLUMBIA GAS OF OHIO, INC., *v.* KIROFF,
JUDGE, ET AL.

[Cite as State, ex rel. Columbia Gas, v. Kiroff (1976),
46 Ohio St. 2d 397.]

(No. 76-185—Decided June 16, 1976.)

Mr. Wallace R. Barnes, Mr. James L. Fullin, Mr. Thomas J. Brown, Jr., Hayward, Cooper, Straub, Walinski, Cramer & Co., L. P. A., Mr. John F. Hayward, Mr. T. Scott Johnston, Messrs. Jones, Day, Reavis & Pogue, Mr. Thomas P. Mulligan and Mr. Michael G. Marting, for relator.

Mr. Harry Friberg, prosecuting attorney, Mr. John J. Burkhart, Mr. Joseph Goldberg and Mr. R. Michael Frank, for respondent Judge George N. Kiroff.

Mr. George C. Smith, prosecuting attorney, Mr. William B. Shimp and Mr. Louis E. Evans, for respondent Judge William T. Gillie.

Per Curiam. The principal question presented is whether a Court of Common Pleas has jurisdiction to consider the lawfulness of rates being charged by a public utility.

R. C. 4903.12 states "[n]o court other than the Supreme Court shall have power to review, suspend or delay any order made by the Public Utilities Commission * * *."

In State, ex rel. Northern Ohio Telephone Co., v. Winter (1970), 23 Ohio St. 2d 6, this court stated in the first paragraph of the syllabus that "[t]he General Assembly, by the enactment of statutory provisions requiring a public utility to file and adhere to rate schedules, * * * has lodged exclusive jurisdiction in such matters in the Public Utilities Commission, subject to review by the Supreme Court."

There being an unauthorized assumption of judicial authority by the respondents, as judges of their respective Common Pleas Courts, for which no adequate remedy at law is shown, a writ of prohibition will issue as requested by relator.

*Writ allowed.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur.